1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>Plaintiffs,<br>vs.<br>Mark Brnovich, Attorney General of the State of Arizona, and John S. Halikowski, Director of the Arizona Department of Transportation,<br><br>Defendants. | No. 2:19-cv-04849-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

9
10
11
12
13
14
15
16
17
18
19

Upon consideration of the parties' Stipulated Motion to Extend Deadline for Defendants to Respond to Complaint,

**IT IS ORDERED** that the Motion is **granted**. Defendants shall respond to the Complaint (Doc. 1) by September 18, 2019.

20
21
22
23
24
25
26