IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>        Plaintiffs,<br>    vs.<br>Mark Brnovich, Attorney General of the State of Arizona, and John S. Halikowski, Director of the Arizona Department of Transportation,<br><br>        Defendants. | No. 2:19-cv-04849-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO ENLARGE PAGE LIMIT FOR MOTION FOR PRELIMINARY INJUNCTION AND RESPONSE** |

Upon consideration of the parties' Stipulated Motion to Enlarge the Page Limit for Motion for Preliminary Injunction and Response,

**IT IS ORDERED** that the Motion is **granted**.  Plaintiffs may file a Motion for Preliminary Injunction up to twenty-seven (27) pages in length.  Defendants may have an equal number of pages for their Response.