IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Brnovich, Attorney General of the State of Arizona, and John S. Halikowski, Director of the Arizona Department of Transportation.<br><br>Defendants. | No. 2:19-cv-04849-GMS<br><br>**[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION** |

    Upon consideration of the Complaint, Motion for Preliminary Injunction, Motion to Seal, and supporting Declarations and Exhibits filed by Plaintiffs CDK Global, LLC and The Reynolds and Reynolds Company (collectively, "Plaintiffs"), and having considered the arguments of counsel, **THE COURT FINDS AS FOLLOWS:**

    1.    Plaintiffs will suffer immediate, irreparable harm and loss, including by way of infringement upon their constitutional rights, if Defendants are permitted to enforce the DMS Law pending completion of judicial review;

    2.    Plaintiffs have no adequate remedy at law;

    3.    Greater injury will be aflicted upon Plaintiffs by the denial of injunctive relief than will be inflicted upon Defendants by granting of such relief; and

4. The issuance of injunctive relief will not disserve the public interest.

**IT IS THEREFORE ORDERED:**

1. Plaintiffs' Motion for Preliminary Injunction is granted.

2. A preliminary injunction is hereby entered against Defendants.

3. Defendants, their agents, or anyone else working with or on behalf of the Defendants, are preliminarily enjoined, directly or indirectly, and whether alone or in concert with others from enforcing the DMS Law.

4. This Order shall remain in full force and effect until this Court renders its decision on Plaintiffs' Complaint.