IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Brnovich, Attorney General of the State of Arizona, and John S. Halikowski, Director of the Arizona Department of Transportation.<br><br>Defendants. | No. 2:19-cv-04849-GMS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFS' MOTION TO SEAL** |

Pursuant to Plaintiffs CDK Global, LLC's and The Reynolds and Reynolds Company's Motion to Seal ("Motion") (Doc. __), and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion is **granted**. The Clerk shall accept for filing under seal the documents lodged under seal as Docs. __ on the Court's docket.

QB\59165549.1