# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global LLC, et al., | No. CV-19-04849-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion for Leave to File Certain Documents Under Seal (Doc. 21) and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted.  The Clerk of Court is directed to file the lodged documents (Docs. 22-26) under seal and link them to the pending Motion for Preliminary Injunction (Doc. 20).

Dated this 10th day of September, 2019.

_____
G. Murray Snow
Chief United States District Judge