**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich, et al.,<br><br>Defendants. | No. CV-19-04849-PHX-GMS<br><br>**ORDER GRANTING MOTION TO INTERVENE OF PROPOSED INTERVENOR-DEFENDANTS ARIZONA AUTOMOBILE DEALERS ASSOCIATION** |

Pending before the Court is a motion by Arizona Automobile Dealers Association ("AADA") to intervene in this action. (Doc. 30.) Defendants Mark Brnovich, Attorney General of the State of Arizona (the "AG"), and John S. Halikowski, Director of the Arizona Department of Transportation ("ADOT"), have filed a response stating that they do not oppose AADA's intervention. (Doc. 32.) Similarly, Plaintiffs CDK Global, LLC ("CDK"), and The Reynolds and Reynolds Company ("Reynolds") (collectively, "Plaintiffs") have filed a response confirming that they do not oppose AADA's permissive intervention pursuant to Rule 24(b). (Doc. 33.) As no party opposes AADA's permissive intervention,

///
///
///
//

**IT IS HEREBY ORDERD** that the motion is granted as to AADA's permissive intervention pursuant to Federal Rule of Civil Procedure 24(b).

Dated this 12th day of September, 2019.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge