# EXHIBIT B



Apr 17 2007

### Digital Dealer Magazine | April 2007

## Steve Anenen and Kevin Henahan : ADP Dealer Services
by : Digital Dealer



**Printer Friendly Version**

**Email This Article**



The auto industry is currently engaged in a debate over who owns and is responsible for securing the data in dealership management systems. ADP has joined Open Secure Access (OSA), which is a trade association addressing the issue of access to dealer systems. At the recent NADA Convention in Las Vegas, we had an opportunity to speak with Steve Anenen, the president of ADP Dealer Services and Kevin Henahan, senior vice president of marketing for ADP Dealer Services.

**DD: Steve, tell me a little bit about the issue that all the dealers are talking about now with open access and the data in DMS systems. What is ADP's position on that?**

**Steve:** As you know, ADP has joined the OSA (Open Secure Access) coalition. You can see our name now on its letterhead. We joined OSA for a couple of reasons. First and foremost, the principles that it has endorsed are exactly the same principles that we hold near and dear to our own business philosophy: that a dealership fundamentally owns the data in its DMS, and dealers should control who accesses their data and how it's used.

There are a number of ways that third-parties have accessed data in the past with a dealer's permission, by doing a screen scrape or using some other kind of access in order to get data. We won't prohibit that and we think dealers should be able to govern how they want that to happen. So, we built a three-tiered structure to keep the dealer in control: the first tier is this kind of traditional access, which we call third-party basic access. Dealers can give whomever they want access to their data. That is a bit risky, but it is theirs to grant. And the dealer maintains responsibility for system and data access.



The second tier is third-party subscriber access. ADP delivers high speed VPN Internet access and advanced system security

and audio will work perfectly fine the next time because we got the possibilities and the program orders in concert with our release versions.

The third tier is third-party integration, which really offers the ability for a third-party to read and write data back and forth. There are some third-parties where we'll open up the DMS in order to work with them and enable them to share data both ways.

The last two levels are a pay model, and the dealer/third-party gets rights and access to the API program. The dealer/third-party must maintain it and the third-party pays a monthly fee for the API.

Now, having said that, it's difficult when you have a third-party not going through an API who wants to put an agent or a piece of software on our DMS system that could corrupt data. That's not good for the dealer or for us. That's not something we will endorse. Nor is it something the OSA coalition endorses.

**DD: But don't your systems have an anti-virus program that identifies those potential threats?**
**Steve:** Yes, they do. But when that happens, the dealer points to us and thinks our system went down as a result of what we've got on there, when in fact, we do all the diagnostics only to find some third-party wrote something, put it on the system and caused data corruption. Now there's a problem with the data that's an issue for both the dealer and us.

**DD: At some point a dealer will grant access to a third-party who will compromise the dealer's data. Is ADP going to say to the dealer, "You chose to give it to XYZ Company? It didn't have security protocols in place and somehow its data got compromised and now 10,000 of your service customers and their credit card numbers are out there."**
**Steve:** That's the risk for a dealer who elects the first-tier level. The dealer needs to make sure it's a legitimate third-party; one that's going to have appropriate security measures in place. But that's for the dealer to decide, because the dealer is the one working with the third-party. Whether it's with a modem, with a simple screen scrape, or something more complex they need to be careful. When we work with a third-party, we ask the tough questions and certify the process.

**DD: Do you provide something to the dealer that says, "Mr. Dealer, this is a security audit questionnaire."? Please have anybody you're thinking of granting access to your system complete this for you and have your IT people take a look at it."**
**Steve:** We have a series of questions that we'll ask of our third-party groups, but we don't provide a security audit questionnaire to the dealer, because at that point— with second-tier and third-tier level access— dealers have asked us to assess security. So we say, "Okay, here's how we certify this." And the third-party has to meet and comply with certain restrictions we've put in place with the API.

**DD: Can you give us an update on the managed DMS and Voice Over IP offering?**
**Steve:** The DMS managed service environment has become very effective for our dealers. Dealers are saying, "I don't have the resources to invest in managing a computer system and the appropriate network, let alone taking care of compliance issues like privatization, the use of data, or backing up files on time. How do I know that I've loaded the latest release and all of the issues that go with that?"

After listening to dealers, we took it upon ourselves to build an effective model around managed services for the dealer server business. It has caught on and I am very pleased with the acceptance level. More than 50 percent of our sales now coming in use a managed services environment, as opposed to having a server at the client location. The ASP model has less upfront costs, and can actually reduce some costs at a dealership over time.

Given the success of the managed DMS environment, we have now applied it to a server-based telephony solution. We thought we could apply the same logic of a managed service environment for DMS systems to the IP phone solution. We spent the last year and a half investing, creating all the necessary hosting facilities and networks, the ability to actually run the lines, and ensuring the uptime will be at an extremely reliable level. We've accomplished all that and now we're able to offer a very secure, complete telephony solution that melds nicely with our DMS, all in an ASP, or managed services environment with less upfront costs.

A managed services telephony solution will not only help dealers save money, but will improve their customer's experience. The phone is integrated with the DMS application software; so when the phone rings the dealer can see which customer is calling and can look at call history, report history or client history. They are able to get call analytics that show call volume by department for each hour of the day, how many calls were missed and valuable information such as measuring ad effectiveness.

**DD: It'll be interesting to see in a few months what kind of savings dealers realize from this solution.**

**Steve:** We think the savings will be substantial. Many of the large automotive consolidators have been asking for this service. They have locations all over the country and a managed solution is perfect for their size operations. They want reliable circuits, a smooth process and assurance that their system is fully redundant — we can do that. It also fits nicely for the smaller dealerships that do not want to fund the capital for a new PBX/server or worry about future obsolescence.

**DD: Does this solution provide any technical advantages for the dealer?**

**Steve:** Absolutely. Phones have now become intelligent devices because they integrate with the DMS, making the phone a more effective tool to improve the quality of the customer's experience. Another advantage I should mention is its ability to incorporate scripts. If a dealer wants to handle calls a certain way, a script can be entered into the system and can come up during a call. If the dealer wants to have salespeople working on follow-up phone calls, a script will come up to work from. Dealers can train staffers to use the phones to augment their call handling process.

**DD: So with integration to the DMS a dealer could know about the caller's relationship with the dealership?**

**Steve:** Absolutely. The system interfaces into the dealer's business applications and will tell the dealer staffer on the line that this customer is a part of the Smith family for example. "He's the son, the family has four cars with me, they've been with me for 10 years and they spend more than $5,000 per year." That's really powerful information right up front that you're able to access while handling the call.

**DD: What else are you working on to leverage the dealer's network at the dealership?**

**Steve:** Network Video is the next exciting area we are working on. A dealer wants to be able to look at any area of the dealership, including vehicle inventory lots, which are often out of direct view of the dealer personnel. He wants to see the lot at night when he may not be there, or perhaps if a dealer is away and he wants to take a look at his showroom traffic within the dealership.

We asked, "How do we take network video as an advanced technology today and use it elsewhere within a dealership?" First and foremost, using video monitoring is useful for security: looking at a 360 view of your entire dealership using security cameras. The cameras have become less obtrusive, almost invisible. We looked at this video surveillance, and then we looked at some of the high asset areas of a dealership, like vehicles or parts or service.

We took today's incredible video technology and enabled dealers to zero right in on a license plate for owner recognition. The intelligence is built into the DMS database, which brings up a repair order so the dealer knows who the customer is before the driver even gets out of the car. The customer service history is brought up on the screen for the service advisor to have ready as the customer approaches. It's another way of improving the quality of the experience for the customers at the service lane.

**DD: Where else are you using video in the dealership?**

**Steve:** We're using this in the F&I office to help dealers with the F&I process. With all the liability issues surrounding F&I, we wondered if there was a way for dealerships to protect themselves as well as protect the customers. Video recording allows the dealer to ensure that the F&I manager correctly followed procedure during the contracting process. And if there is some miscommunication, the dealer has a visual record of the process recorded, documented and archived, and is able to access any particular deal very easily.

**DD: Do you say, "Mr. Dealer, if you implement this, you've got to have a system for watching these things because if you videotape but don't watch it to see if somebody's doing something wrong, it doesn't do a lot of good?"**

**Steve:** We do, and dealers use the video for training purposes. Helping newer F&I managers cover all of these steps, the manager can say, "Well, you could have also shown the menu, and you also could have talked about extra product X, or offered warranty Y." So part of the advantage of network video is training to upsell and being sure the F&I staff makes the customer aware of all the potential offerings. And the recording works to protect both the consumer and the dealer if there is a miscommunication. As a result, dealers implementing this program have seen greater profitability on F&I transactions.

**DD: So after you implement a system like that, who views a random number of these transactions to make sure everything is being done?**

**Kevin:** Usually it's the general sales manager. Some want to see certain deals, and some actually do more frequent, random checks. Criteria might dictate that if a certain deal doesn't hit a certain threshold, the general sales manager wants to review that deal, look at the tape and find out what happened during the process.

**DD: We talked a little bit about managed services for IP telephony and the evolution from where we started with server-based DMS, and we talked a little bit about managed services for DMS. We talked about a server-based IP

phone that has now moved to the next realm of technology and managed services environment. Would you like to comment at all on the technology side of that?

**Kevin:** Our main goal is to make the process easy for the dealers. There's no better way to do this than for us to manage the technology dealers use in their dealerships. The back-end work is done somewhere else, and someone else takes care of it for the dealer. In the past, the phone system was something that was always inside the four walls of the dealership, creating a lot of issues. Now that we've taken the phone system offsite and dealers don't have to worry about it. We manage the obsolescence – the dealers do not have to worry about it.

**Rate This Article :** ○ ★  ○ ★★  ○ ★★★  ○ ★★★★  ⊙ ★★★★★

**Comments :**

**Your Email**

[ Rate This Article ]