| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| | Firm State Bar No. 00443100 |
| 2 | Renaissance One, Two N. Central |
| | Phoenix, AZ 85004-2391, 602-229-5200 |
| 3 | Brian A. Howie (AZ No. 026021) |
| | Brian.Howie@quarles.com |
| 4 | Lauren E. Stine (AZ No. 025086) |
| | Lauren.Stine@quarles.com |
| 5 | *Attorneys for Plaintiffs* |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., NW, Ste. 100
Washington, DC 20006, 201-747-1900
Thomas J. Dillickrath* (DC 483710)
TDillickrath@sheppardmullin.com

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111, 415-434-9100
Amar S. Naik* (CA 307208)
ANaik@sheppardmullin.com
Molly C. Lorenzi* (CA 315147)
MLorenzi@sheppardmullin.com

GIBBS & BRUNS LLP
1100 Louisiana, Ste. 5300
Houston, TX 77002, 713-650-8805
Aundrea K. Gulley* (TX 24034468)
agulley@gibbsbruns.com
Denise Drake* (TX 24092358)
DDrake@gibbsbruns.com
*Attorneys for The Reynolds and Reynolds Co.*

MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
312-782-0600
Britt M. Miller* (IL 6256398)
BMiller@mayerbrown.com
Michael A. Scodro* (IL 6243845)
MScodro@mayerbrown.com
Brett E. Legner* (IL 6256268)
BLegner@mayerbrown.com

1999 K Street, NW
Washington, DC 20006
202-263-3000
Mark W. Ryan* (DC 359098)
mryan@mayerbrown.com
*Attorneys for CDK Global, LLC*

*Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>                    Plaintiffs,<br>     vs.<br><br>Mark Brnovich, Attorney General of the State of Arizona, and John S. Halikowski, Director of the Arizona Department of Transportation,<br><br>                    Defendants. | Case No.: 2:19-cv-04849-GMS<br><br>**PLAINTIFFS' REQUEST FOR RULE 16 PRETRIAL CONFERENCE** |

QB\170667.00001\61910504.3

1  Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs CDK Global, LLC and
2  The Reynolds and Reynolds Company (collectively, "Plaintiffs") respectfully request that
3  the Court set a Rule 16 pretrial conference. The Court has scheduled Plaintiffs' Motion for
4  Preliminary Injunction and Defendants' Motions to Dismiss for a consolidated hearing to
5  begin on April 28, 2020 (continuing through April 30, 2020 if necessary). [Dkt. 56.] In
6  light of the number of claims, issues, and arguments, Plaintiffs respectfully request a Rule
7  16 pretrial conference with the Court to discuss process and logistics for the upcoming
8  hearing, so that the parties may make the most efficient use of the time that the Court has
9  provided. Given the number of counsel in the case, Plaintiffs request that the conference
10 be an in-person conference, with telephonic participation optional for those counsel who
11 are unable to attend in person.

12  A proposed form of Order is attached.

13  DATED this 25th day of February, 2020.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By */s/ Brian A. Howie*
  Brian A. Howie
  Lauren Elliott Stine
  *Attorneys for Plaintiffs*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., NW, Ste. 100
Washington, DC 20006, 201-747-1900
Thomas J. Dillickrath* (DC 483710)
TDillickrath@sheppardmullin.com

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111, 415-434-9100
Amar S. Naik* (CA 307208)
ANaik@sheppardmullin.com
Molly C. Lorenzi* (CA 315147)
MLorenzi@sheppardmullin.com

QB\170667.00001\61910504.3

1
2
3
4
5

GIBBS & BRUNS LLP
1100 Louisiana, Ste. 5300
Houston, TX 77002, 713-650-8805
Aundrea K. Gulley* (TX 24034468)
agulley@gibbsbruns.com
Denise Drake* (TX 24092358)
DDrake@gibbsbruns.com
*Attorneys for The Reynolds and Reynolds Company*

6
7
8
9
10
11

MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
312-782-0600
Britt M. Miller* (IL 6256398)
BMiller@mayerbrown.com
Michael A. Scodro* (IL 6243845)
MScodro@mayerbrown.com
Brett E. Legner* (IL 6256268)
BLegner@mayerbrown.com

12
13
14

1999 K Street, NW
Washington, DC 20006
202-263-3000
Mark W. Ryan* (DC 359098)
mryan@mayerbrown.com

15

*Attorneys for CDK Global, LLC*

*Admitted Pro Hac Vice

16
17
18
19
20
21
22
23
24
25
26

3

QB\170667.00001\61910504.3