1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

7
8
9
10
11
12
13
14

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>               Plaintiffs,<br>     vs.<br>Mark Brnovich, Attorney General of the State of Arizona, and John S. Halikowski, Director of the Arizona Department of Transportation,<br><br>              Defendants. | No. 2:19-cv-04849-GMS<br><br>**(PROPOSED) ORDER GRANTING REQUEST FOR RULE 16 PRETRIAL CONFERENCE** |

15
16

     Pursuant to Plaintiffs' Request for a Rule 16 Pretrial Conference and good cause appearing:

17
18

     IT IS ORDERED setting a Rule 16 Pretrial Conference on the _____ day of _____ at _____ o'clock.

19
20
21
22
23
24
25
26