Mary O'Grady, 011434
Jeffrey B. Molinar, 018512
William D. Furnish, 028725
Emma Cone-Roddy, 034285
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona  85012-2793
(602) 640-9000
mogrady@omlaw.com
jmolinar@omlaw.com
wfurnish@omlaw.com
econe-roddy@omlaw.com

MARK BRNOVICH
ATTORNEY GENERAL
Daniel Bergin, 012057
Savita Kasturi, 022515
15 South 15th Avenue
Phoenix, Arizona  85007
daniel.bergin@azag.gov
savita.kasturi@azag.gov

Attorneys for John Halikowski

MARK BRNOVICH
ATTORNEY GENERAL
Brunn (Beau) W. Roysden III, 028698
Rusty D. Crandell, 026224
2005 North Central Avenue
Phoenix, Arizona  85004
(620) 542-3333
beau.roysden@azag.gov
rusty.crandell@azag.gov

Attorneys for Mark Brnovich

John C. Norling, 013986
Jeffrey D. Gardner, 021783
Jimmie W. Pursell, Jr., 019957
JENNINGS, STROUSS & SALMON, P.L.C.
One East Washington Street, Suite 1900
Phoenix, Arizona  85004-2554
(602) 262-5911
jnorling@jsslaw.com
jgardner@jsslaw.com
jpursell@jsslaw.com

Derek T. Ho *(Pro Hac Vice)*
Daniel V. Dorris (*Pro Hac Vice*)
Brendan J. Crimmins *(Pro Hac Vice)*
Joshua Hafenbrack *(Pro Hac Vice)*
Collin R. White *(Pro Hac Vice)*
Bethan R. Jones *(Pro Hac Vice)*
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
(202) 326-7900
dho@kellogghansen.com
ddorris@kellogghansen.com
bcrimmins@kellogghansen.com
jhafenbrack@kellogghansen.com
cwhite@kellogghansen.com
bjones@kellogghansen.com

Attorneys for Intervenor-Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>            Plaintiffs,<br><br> vs.<br><br>Mark Brnovich, Attorney General of the State of Arizona, et al.,<br><br>            Defendants. | No. CV-19-04849-PHX-GMS<br><br>**RESPONSE TO PLAINTIFFS' REQUEST FOR RULE 16 PRETRIAL CONFERENCE** |

Defendants Arizona Attorney General Mark Brnovich and Arizona Department of Transportation Director John Halikowski ("State Defendants") and Intervenor-Defendant the Arizona Automobile Dealers Association hereby respond to Plaintiffs' Request for Rule 16 Pretrial Conference to address the process and logistics for the April 28, 2020 consolidated hearing (the "Request," Doc. 61). At Defendants' request, the parties met and conferred on March 4, 2020 and discussed the proposed format for the consolidated hearing. On March 5, 2020, Defendants proposed procedures regarding the conduct of the consolidated hearing to Plaintiffs, with the goal of providing the Court with a joint submission in advance of a Rule 16 Pretrial Conference. Defendants therefore take the following positions with respect to the Request and matters related to the consolidated hearing:

(1) The State Defendants have no objection to a Rule 16 Pretrial Conference prior to the April 28, 2020 preliminary injunction hearing.

(2) Defendants recommend that the Court direct the parties to make a joint submission to the Court that proposes agreed-upon procedures for the Court's consideration and identifies any areas of disagreement between the parties and briefly outlines the parties' respective positions on those areas of disagreement. The State Defendants propose that the items to be addressed in the joint submission include:

(a) Witness lists and exhibits for use in the consolidated hearing;

(b) The presentation of oral argument on the Defendants' motions to dismiss and time required for that presentation; and

(c) The time required for the opening statements, legal argument, witness testimony and closing statements on Plaintiffs' motion for preliminary injunction.

(3) Defendant Halikowski withdraws his request for oral argument with respect to the Motion to Dismiss Defendant Halikowski (Doc. 38), so that the Court may consider his motion at its earliest convenience. Defendant Halikowski believes that his motion presents issues that are discrete from the other motions in the

consolidated hearing and a ruling on the motion would aid all parties in the preparing for the consolidated hearing. Therefore, Defendant Halikowski requests a ruling on his motion one week before the consolidated hearing (April 21, 2020), if feasible.

This joint submission would help ensure an efficient and orderly Rule 16 Pretrial Conference and provide the Court with the parties' view on their needs for the consolidated hearing. The State Defendants propose that this joint submission be filed with the Court prior to the Rule 16. A proposed order that includes this proposal is submitted with this response.

DATED this 11th day of March, 2020.

OSBORN MALEDON, P.A.

By s/ William F. Furnish
Mary R. O'Grady
Jeffrey B. Molinar
William F. Furnish
Emma Cone-Roddy
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793

MARK BRNOVICH,
ATTORNEY GENERAL

Daniel Bergin
Savita Kasturi
15 South 15th Avenue
Phoenix, Arizona 85007

*Attorneys for Defendant John S. Halikowski, Director of the Arizona Department of Transportation*

MARK BRNOVICH
ATTORNEY GENERAL

By s/ Brunn W. Roysen III (w/ permission)
Brunn (Beau) W. Roysden III
Rusty D. Crandell
2005 North Central Avenue
Phoenix, AZ 85004

*Attorneys for Defendant Arizona Attorney General Mark Brnovich*

| | |
|---|---|
| 1 | JENNINGS, STROUSS & SALMON, P.L.C. |
| 2 | |
| 3 | By <u>s/ Jimmie W. Pursell, Jr. (w/ permission)</u><br>John C. Norling – 013986 |
| 4 | Jeffrey D. Gardner – 021783<br>Jimmie W. Pursell, Jr. – 19957 |
| 5 | One East Washington Street, Suite 1900<br>Phoenix, Arizona 85004-2554 |
| 6 | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |

Derek T. Ho (Pro Hac Vice)
Daniel V. Dorris (Pro Hac Vice)
Brendan J. Crimmins (Pro Hac Vice)
Joshua Hafenbrack (Pro Hac Vice)
Collin R. White (Pro Hac Vice)
Bethan R. Jones (Pro Hac Vice)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

*Attorneys for Intervenor-Defendant Arizona Automobile Dealers Association*

4