**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global LLC, et al., | No. CV-19-04849-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, et al., | |
| Defendants, | |
| and | |
| Arizona Automobile Dealers Association, | |
| Intervenor Defendant. | |

Pending before the Court is Plaintiffs CDK Global LLC, et al.'s Motion to Seal Certain Exhibits Admitted into Evidence During the June 2 and 3, 2020 Preliminary Injunction Hearing. (Doc. 123.) Plaintiffs request that the Court seal or, in the alternative, enter an Order deeming sealed, Plaintiffs' Exhibits 1 (only exhibits 1 and 2 thereto), 45-51, and 63-71, and Defendants' Exhibits 101, 102 (only exhibits 1 and 2 thereto), and 128-130.

These exhibits (and all other exhibits presented by both parties) were admitted into evidence during the hearing. *See* Transcript of Preliminary Injunction Hearing June 3, 2020, Volume B at 74–75. No request was made at that time to admit the exhibits under seal. The Court will not recharacterize their status now. To the extent any of these exhibits have already been sealed (i.e., Plaintiffs' Exhibit 1, filed under seal at Doc. 35), the Motion is moot.

**IT IS THEREFORE ORDERED** that Plaintiffs CDK Global LLC, et al.'s Motion to Seal Certain Exhibits Admitted into Evidence During the June 2 and 3, 2020 Preliminary Injunction Hearing (Doc. 123) is **DENIED**.

Dated this 24th day of July, 2020.

_____
G. Murray Snow
Chief United States District Judge