QUARLES & BRADY LLP
Firm State Bar No. 00443100
Renaissance One, Two N. Central
Phoenix, AZ 85004-2391, 602-229-5200
Brian A. Howie (AZ No. 026021)
Brian.Howie@quarles.com
Lauren E. Stine (AZ No. 025086)
Lauren.Stine@quarles.com
*Attorneys for Plaintiffs*

MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
312-782-0600
Britt M. Miller* (IL 6256398)
BMiller@mayerbrown.com
Michael A. Scodro* (IL 6243845)
MScodro@mayerbrown.com
Brett E. Legner* (IL 6256268)
BLegner@mayerbrown.com
*Attorneys for CDK Global, LLC*

*Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CDK Global, LLC, a limited liability company, and The Reynolds and Reynolds Company, a corporation,<br><br>Plaintiffs,<br>v.<br><br>Mark Brnovich, Attorney General of the State of Arizona,<br><br>Defendant,<br><br>Arizona Automobile Dealers Association<br><br>Intervenor-Defendant. | Case No.: 2:19-cv-04849-GMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO CDK GLOBAL, LLC** |

/ / / /

/ / / /

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs CDK Global, LLC and The Reynolds and Reynolds Company ("Reynolds"), Defendant Mark Brnovich, and Intervenor-Defendant the Arizona Automobile Dealers Association hereby stipulate to the dismissal of the claims asserted by CDK Global, LLC in this action with prejudice, with each party to bear its own costs and attorney's fees as to such claims.[1]

RESPECTFULLY SUBMITTED this 18th day of November, 2021.

QUARLES & BRADY LLP

By /s/ Brian A. Howie
    Brian A. Howie
    Lauren Elliott Stine
    Renaissance One
    Two North Central Avenue
    Phoenix, AZ 85004-2391

*Attorneys for Plaintiffs*

MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
312-782-0600
Britt M. Miller* (IL 6256398)
BMiller@mayerbrown.com
Michael A. Scodro* (IL 6243845)
MScodro@mayerbrown.com
Brett E. Legner* (IL 6256268)
BLegner@mayerbrown.com

*Attorneys for CDK Global, LLC*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., NW, Ste. 100
Washington, DC 20006, 201-747-1900
Thomas J. Dillickrath* (DC 483710)
TDillickrath@sheppardmullin.com
Jonathan R. DeFosse* (DC 482148)
jdefosse@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111, 415-434-9100
Molly C. Lorenzi* (CA 315147)
MLorenzi@sheppardmullin.com

---

[1] Plaintiff Reynolds will remain as the sole plaintiff in the litigation.

QB\71153399.4

| | |
|---|---|
| 1 | GIBBS & BRUNS LLP |
| 2 | 1100 Louisiana, Ste. 5300<br>Houston, TX 77002, 713-650-8805 |
| 3 | Aundrea K. Gulley* (TX 24034468)<br>agulley@gibbsbruns.com |
| 4 | Brice A. Wilkinson* (TX 24075281)<br>bwilkinson@gibbsbruns.com |
| 5 | Denise Drake* (TX 24092358)<br>DDrake@gibbsbruns.com |
| 6 | *Attorneys for The Reynolds and Reynolds Co* |
| 7 | |
| 8 | MARK BRNOVICH,<br>ATTORNEY GENERAL |
| 9 | By */s/ Brunn (Beau) W. Rosden III (w/permission)* |
| 10 | Brunn (Beau) W. Roysden III<br>2005 North Central Avenue<br>Phoenix, AZ 85004 |
| 11 | |
| 12 | OSBORN MALEDON, P.A.<br>Mary R. O'Grady |
| 13 | William D. Furnish<br>2929 North Central Avenue |
| 14 | 21st Floor<br>Phoenix, Arizona  85012-2793 |
| 15 | *Attorneys for Defendant Arizona Attorney General Mark Brnovich* |
| 16 | |
| 17 | JENNINGS, STROUSS & SALMON, P.L.C. |
| 18 | By */s/ Jeffrey D. Gardner (w/permission)*<br>John C. Norling – 013986 |
| 19 | Jeffrey D. Gardner – 021783<br>Jimmie W. Pursell, Jr. – 19957 |
| 20 | One East Washington Street, Suite 1900<br>Phoenix, Arizona 85004-2554 |
| 21 | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| 22 | Michael N. Nemelka*<br>Derek T. Ho* |
| 23 | Collin R. White*<br>Bethan R. Jones* |
| 24 | Jayme Louise Weber<br>1615 M Street, N.W., Suite 400 |
| 25 | Washington, D.C. 20036 |
| 26 | |

QB\71153399.4

*Attorneys for Intervenor-Defendant*
*Arizona Automobile Dealers Association*

*\*Pro Hac Vice*

-3-

QB\71153399.4