| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| | Firm State Bar No. 00443100 |
| 2 | Renaissance One, Two N. Central |
| | Phoenix, AZ 85004-2391, 602-229-5200 |
| 3 | Brian A. Howie (AZ No. 026021) |
| | Brian.Howie@quarles.com |
| 4 | Lauren E. Stine (AZ No. 025086) |
| | Lauren.Stine@quarles.com |
| 5 | |
| 6 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 7 | 2099 Pennsylvania Ave., N.W., Suite 100 |
| | Washington, D.C. 20006-6801, 202-747-1900 |
| 8 | Thomas J. Dillickrath* (DC 483710) |
| | tdillickrath@sheppardmullin.com |
| 9 | Jonathan DeFosse* (DC 482148) |
| | jdefosse@sheppardmullin.com |
| 10 | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA 94111, 415-434-9100 |
| 11 | Molly C. Lorenzi* (CA 315147) |
| | mlorenzi@sheppardmullin.com |
| 12 | |
| 13 | *Attorneys for The Reynolds and Reynolds Company* |
| 14 | *Admitted Pro Hac Vice* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Reynolds and Reynolds Company, a corporation, | Case No.: 2:19-cv-04849-GMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| Mark Brnovich, Attorney General of the State of Arizona, | |
| Defendant, | |
| Arizona Automobile Dealers Association | |
| Intervenor-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Reynolds

and Reynolds Company ("Reynolds"), Defendant Mark Brnovich, and Intervenor-Defendant the Arizona Automobile Dealers Association hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 27th day of December, 2021.

QUARLES & BRADY LLP

By */s/ Brian A. Howie*
Brian A. Howie
Lauren Elliott Stine
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., NW, Ste. 100
Washington, DC 20006, 201-747-1900
Thomas J. Dillickrath* (DC 483710)
TDillickrath@sheppardmullin.com
Jonathan R. DeFosse* (DC 482148)
jdefosse@sheppardmullin.com

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111, 415-434-9100
Molly C. Lorenzi* (CA 315147)
MLorenzi@sheppardmullin.com

GIBBS & BRUNS LLP
1100 Louisiana, Ste. 5300
Houston, TX 77002, 713-650-8805
Aundrea K. Gulley* (TX 24034468)
agulley@gibbsbruns.com
Brice A. Wilkinson* (TX 24075281)
bwilkinson@gibbsbruns.com
Denise Drake* (TX 24092358)
DDrake@gibbsbruns.com

*Attorneys for Plaintiff The Reynolds and Reynolds Company*

MARK BRNOVICH,
ATTORNEY GENERAL

By */s/ Brunn (Beau) W. Rosden III (w/permission)*
Brunn (Beau) W. Roysden III
2005 North Central Avenue
Phoenix, AZ 85004

OSBORN MALEDON, P.A.
Mary R. O'Grady
William D. Furnish
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793

*Attorneys for Defendant Arizona Attorney General Mark Brnovich*

JENNINGS, STROUSS & SALMON, P.L.C.

By */s/ Jeffrey D. Gardner (w/permission)*
John C. Norling – 013986
Jeffrey D. Gardner – 021783
Jimmie W. Pursell, Jr. – 19957
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Michael N. Nemelka*
Derek T. Ho*
Collin R. White*
Bethan R. Jones*
Jayme Louise Weber
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

*Attorneys for Intervenor-Defendant Arizona Automobile Dealers Association*

*Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, a true copy of the foregoing document was filed with the ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

/s/ Debra L. Hitchens
*Employee of Quarles & Brady LLP*